# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Moses Blopleh, et al.

                              Plaintiff,

v.                                              Case No.: 1:14–cv–07364
                                                Honorable Robert M. Dow Jr.

Francisco Espinal–Quiroz, et al.

                              Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 18, 2019:

      MINUTE entry before the Honorable Jeffrey Cummings:Settlement conference held. All plaintiffs have settled their claims against defendants Steel Warehouse, Inc., Steel Warehouse Co., LLC, and J.H. Jones LLC. Defendants will be filing a motion for a good faith finding. Plaintiffs' counsel are directed to confer with counsel for defendants Espinal–Quiroz and Eagle Transport Group, LLC to determine whether there is further interest in settlement by those defendants. This case is set for a status hearing on 10/1/19 at 10:30 a.m. during which counsel for the plaintiffs and non–settling defendants will be expected to report on the status of their settlement discussions. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.